**IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE DISTRICT OF NE**LINCOLN**

**IN THE MATTER OF: HOUCK, THERESA**  **BANKRUPTCY CASE NO. 0880938TLS**
**SSN: ###-##-4209**  **POC AMOUNT: $9,106.30 CLAIM #12**

**NOTICE OF ASSIGNMENT OF CLAIM
AND
TRANSFEREE NOTICE OF TRANSFER
OF PAYMENTS**

Educational Credit Management Corporation (ECMC), the "Transferee", does hereby give notice to the Court that it has accepted assignment and transfer of the student loan(s) included in the claim for the above-referenced debtor from the National Student Loan Program.

Please direct all future payments and correspondence as follows:

| **Correspondence:** | **Payments:** |
|---|---|
| ECMC | ECMC |
| 7325 Beaufont Springs | Lockbox 8682 |
| Suite 200 | P.O. Box 75848 |
| Richmond, VA  23225 | St. Paul, MN  55175-0848 |

Pursuant to the attached Assignment from National Student Loan Program, the Transferor, notification and hearing has been waived with respect to this Notice of Assignment of Claim to ECMC pursuant to Bankruptcy Rule 3001.

EDUCATIONAL CREDIT MANAGEMENT CORPORATION

By: /s/  Dickson, Wendy    9/10/2008
ECMC Representative    Date

| United States Bankruptcy Court   District of NEBRASKA | PROOF OF CLAIM |
|---|---|
| Name of Debtor: THERESA HOUCK | Case Number: 08-80938 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be file pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**Citibank N.A. as trustee for The Student Loan Corporation** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br>**Citibank N.A. as trustee for<br>The Student Loan Corporation<br>c/o Citibank (South Dakota), N.A.<br>701 E 60th Street North, MC 2135<br>Sioux Falls, SD  57117**<br><br>Telephone No. **(605) 731-3002** | Court Claim Number:<br>*(If known)*<br><br><br>Filed on: |
| Name and address where payment should be sent (if different than above):<br><br><br><br><br>Telephone No. | ☐ Check box if you are aware that anyone else has filed a proof claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| 1. **Amount of Claim as of Date Case Filed: $9,106.30**<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507 (a)(1)(A) or (a)(1)(B). |
|---|---|
| 2. **Basis for Claim: Student Loan**<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4) |
| 3. **Last four digits of any number by which creditor identifies debtor: 4209 In21**<br><br>3.a Debtor may have scheduled account as:<br>(See instruction #3 on reverse side.) | |
| 4. **Secured Claim** (See instruction #3 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:**  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe:<br>**Value of Property:**      **Annual Interest Rate:**    %<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**If any:**      **Basis for perfection:**<br><br>**Amount of Secured Claim:**      **Amount Unsecured:** | ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5)<br><br>☐ Up to $2,425* of deposits toward purchase, lease or rental property or services for personal, family, or household use 11 U.S.C. § (a)(7)<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8) |
| 6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other-Specify applicable paragraph of 11 U.S.C. §507 (a) |
| 7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.  (See definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br><br>*Amounts are subject to adjustments on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| **Date:**<br><br><br>05/03/2008 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different form the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Christena Dagel | **FOR COURT USE ONLY** |

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Proof of Claim

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

IN RE:                                                                                       CASE NO. 08-80938

**Theresa Houck**
Debtor(s)

**xxx-xx-4209**
SSN

## ASSIGNMENT OF CLAIM, WAIVER, AND REQUEST FOR ORDER OF SUBROGATION

For a valuable consideration, the receipt of which is hereby acknowledged, the undersigned claimant does hereby assign, transfer and set over its claim of $9,106.30 as filed herein against the above-named debtor(s), together with the right to collect and receive any interest or dividends, to **National Student Loan Program (NSLP) 1300 O Street, Lincoln, NE 68508.**

The claimant specifically waives further notice of any matters in connection with the above and foregoing claim and requests the court to make an order subrogating the assignee to the claimant herein. It is further requested that any check respecting this claim be made payable to and mailed or delivered to the assignee listed above.

_____
Agent for:
Citibank N.A. as trustee for The Student Loan Corporation,
Citibank (South Dakota) N.A., Servicing Agent

Citibank (South Dakota) N.A.
P.O. Box 6095
Sioux Falls, SD 57117-6095

Sworn to before me this 5th day of May, 2008.

_____        3-1-2012
Notary Public                                My Commission Expires

JACKI FLOREY
NOTARY PUBLIC
SOUTH DAKOTA

### ORDER

It is ordered that the assignee described in the above and foregoing Assignment of Claim be subrogated to the rights, duties and obligations of the original claimant in the claim filed herein designated as claim No. _____.

For the Court-

Dated: _____                      By: _____

GU ASSIGN

**nslp** *National Student Loan Program*

PO Box 82507, Lincoln, NE 68501-2507
1300 O Street, Lincoln, NE 68508
800-735-8778  fax 402-479-6658
www.nslp.org

July 18, 2008

Mr Rich Lentsch
Educational Credit Management Corporation
American Bank Building
101 East 5th Street, Suite 2400
St Paul, MN 55101

Dear Mr Lentsch

The National Student Loan Program (NSLP) assigns to the Educational Credit Management Corporation (ECMC) its rights, title, and interest in those student loans listed in the enclosure to this letter

The National Student Loan Program hereby specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001

Sincerely,

*Diane Boatman*

Diane Boatman
Senior Bankruptcy Analyst

Enclosure